video tape and from the witness stand were essentially duplicative and when presented in multiple form gave the state an undue advantage. We reject the state's argument that some dissimilarities between the video tape statement and the in-court testimony rendered both forms of evidence admissible. The live testimony by the victim served to elaborate upon the recorded statement and amounted to exactly the type of rehabilitation and bolstering which *Seever* condemns. On retrial a choice need be made as to which form the victim's direct testimony will take. This is, of course, subject to the defendant's opportunity to use available evidence and to any opening for use of statements which cross-examination may expose.

The conviction is reversed and the case is remanded for a new trial.

All concur.

Before MANFORD, P.J., and KENNEDY and ULRICH, JJ.

ORDER

PER CURIAM:

Charles T. Robinson appeals from the judgment denying his Rule 29.15 motion to vacate his conviction and life sentence for murder in the second degree (§ 565.021, RSMo 1986) and his conviction and consecutive twenty-year sentence for armed criminal action (§ 571.015.1, RSMo 1986) following a jury trial. Mr. Robinson was sentenced as a persistent offender pursuant to § 558.016.3, RSMo 1986. His convictions and sentences were affirmed by this court by a per curiam order opinion. *State v. Robinson*, 747 S.W.2d 650 (Mo.App.1988). The judgment is affirmed. Rule 84.16(b).

**Charles T. ROBINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41892.**

Missouri Court of Appeals,
Western District.

May 22, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 1990.

Application to Transfer Denied
Sept. 11, 1990.

David S. Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Office of State Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

**SHELTER MUTUAL INSURANCE CO., Respondent,**

v.

**Mary HALLER, Administrator,**

**and**

**Billy Vollrath, Guardian, Appellants.**

**No. WD 42570.**

Missouri Court of Appeals,
Western District.

May 22, 1990.

As Modified July 26, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 1990.

